1  SIRIA L. GUTIERREZ, ESQ.
   Nevada Bar No. 11981
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4
   *Attorneys for Defendant*
5  *Wal-Mart Stores, Inc.*

6                     UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8  LORENA RABUN,                              )  Case No.: 2:11-cv-01939-JCM -RJJ
                                               )
9                     Plaintiff,               )
                                               )
10 v.                                          )
                                               )  **STIPULATION AND ORDER FOR**
11 WAL-MART STORES, INC.[dba] WAL-             )  **DISMISSAL WITH PREJUDICE**
   MART STORE #2250 , and DOES 1 through       )
12 100; And ROE CORPORATIONS 101                )
   through 200,                                )
13                                             )
                      Defendants.              )
14                                             )
                                               )
15                                             )
                                               )
16 _____

        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
17
   counsel of record, that the above-captioned matter be dismissed with prejudice,
18
   / /
19
   / /
20
   / /
21
   / /
22
   / /
23
   / /
24
   / /
25
   / /
26
   / /
27
   / /
28

each party to bear his or her own costs and attorney's fees.

DATED this 3rd day of February, 2012.                    DATED this 3rd day of February, 2012.

**BERNSTEIN & POISSON**                                  **PHILLIPS, SPALLAS & ANGSTADT, LLC**

 /s/ Christopher D. Burk                                  /s/ Siria L. Gutierrez
Christopher D. Burk, Esq.                                Siria L. Gutierrez, Esq.
320 South Jones Boulevard                                504 South Ninth Street
Las Vegas, Nevada 89107                                  Las Vegas, Nevada 89101
(702) 256-4566                                           (702) 938-1510

*Attorneys for Plaintiff*                                *Attorneys for Defendant*

## ORDER

   PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

   ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

   DATED February 7, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

  /s/ Siria L. Gutierrez
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28