SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORENA RABUN,<br><br>                    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.[dba] WAL-MART STORE #2250 , and DOES 1 through 100; And ROE CORPORATIONS 101 through 200,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 2:11-cv-01939-JCM -RJJ

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice,

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

each party to bear his or her own costs and attorney's fees.

DATED this 3rd day of February, 2012.          DATED this 3rd day of February, 2012.

**BERNSTEIN & POISSON**                         **PHILLIPS, SPALLAS & ANGSTADT, LLC**

_/s/ Christopher D. Burk_____          _/s/ Siria L. Gutierrez_____
Christopher D. Burk, Esq.                        Siria L. Gutierrez, Esq.
320 South Jones Boulevard                        504 South Ninth Street
Las Vegas, Nevada 89107                          Las Vegas, Nevada 89101
(702) 256-4566                                   (702) 938-1510

*Attorneys for Plaintiff*                        *Attorneys for Defendant*

## <u>ORDER</u>

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED February 7, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_/s/ Siria L. Gutierrez_____
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28